IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

JUSTIN COLLINS,

§
§
§

*Plaintiff*,

§
§
§

NO.1:26-CV-00098-MJT-ZJH

v.

§
§

JUDGE MICHAEL TRUNCALE

VANESSA FANG, ELYSSA SLUTZKY, JAVIER E ORTIZ,

§
§
§
§

*Defendants*.

§

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On March 16, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  On March 18, 2026, Judge Hawthorn ordered *pro se* Plaintiff Justin Collins ("Collins") to file an amended complaint that complies with the Federal Rules of Civil Procedure and the Eastern District of Texas Local Rules.  Dkt. 4.  After Collins failed to comply with the *Order* [Dkt. 4], Judge Hawthorn issued a *Report and Recommendation* [Dkt. 7], which recommended dismissing Collins's case for want of prosecution.

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 7] along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation*, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 7] dismissing this case without prejudice for want of prosecution is ADOPTED.  The court will separately enter Final Judgment.

**SIGNED this 30th day of April, 2026.**

Michael J. Truncale
United States District Judge